B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ISC Building Materials, Inc.** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Insulation Supply Company; fka ISC Building Materials, LP;<br>fka ISC GENPAR, LLC; fka 1400 West Commerce, LLC; fka ISC<br>Holdings GP** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all): **75-1900228** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**14343 Interdrive East<br>Houston, TX**<br>ZIP CODE **77032** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**P O Box 223767<br>Dallas, TX**<br>ZIP CODE **75222** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above
  entities, check this box and state type
  of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined
  in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed**  (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer
  debts, defined in 11 U.S.C.
  § 101(8) as "incurred by an
  individual primarily for a
  personal, family, or house-
  hold purpose."
- [x] Debts are primarily
  business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach
  signed application for the court's consideration certifying that the debtor is
  unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must
  attach signed application for the court's consideration.  See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
  insiders or affiliates) are less than $2,343,300  *(amount subject to adjustment
  on 4/01/13 and every three years thereafter.)*

Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes
  of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)                                                                                        **Page 2**

| Voluntary Petition | Name of Debtor(s):  **ISC Building Materials, Inc.** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                  Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District or this venue is convenient.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                             _____<br>                             (Name of landlord that obtained judgment)

                             _____<br>                             (Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.61.1, ID 3745997109)*

B1 (Official Form 1) (4/10)                                                                                    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **ISC Building Materials, Inc.**

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X  **/s/ Donald Wyatt**
**Donald Wyatt**                    Bar No. **24036292**

**Wyatt Legal Services**
**26418 Oak Ridge Dr.**
**The Woodlands, TX 77380**

Phone No.**(281) 419-8733**        Fax No.**(281) 419-8703**

07/05/2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**ISC Building Materials, Inc.**

X  **/s/ Brent Burns**
Signature of Authorized Individual

**Brent Burns**
Printed Name of Authorized Individual

**CFO**
Title of Authorized Individual

**07/05/2010**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

Address
_____
X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **ISC Building Materials, Inc.**                                          CASE NO

                                                                                   CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _07/05/2010_____          Signature __/s/ Brent Burns_____
                                                        **Brent Burns**
                                                        **CFO**

Date _____          Signature _____

1400 Triple B. Holdings, Lp
1400 West Commerce
Dallas, TX 75208


A-Line Auto Parts
P.O. Box 21205
Waco, TX 76702-1205


A.F. "Buddy" Skeen
Assessor-Collector Of Taxes
P.O. Box 406
Waco, TX 76703


Accent Building Materials
10131 FM 2920
Tomball, TX 77375


Accounts Receivable Funding Corporation
P.O. Box 1389
Houston, TX 77251-1389


Accurate Material Handling
P.O. Box 16602
Houston, TX 77222


Acoustical Materials Supply
6545 Burlington N. Drive
Houston, TX 77092


Action Gypsum Supply, Lp
PO Box 40010
Houston, TX 77240


Action Handling Systems
5333 Werner Street
77022-1629

```
Activant
P.O. Box 671069
Dallas, TX 75267-1069


Adapa Inc.
P.O. Box 5183
Topeka, Ks 66605-183


Advanced Drainage Systems
P. O. Box 99288
Fort Worth, TX 76199-0288


Alabama Metal Industries Corp.
PO Box 712540
Cincinnati, OH 45271-2540


Alamo Forest Products
4812 Gulf Freeway
Houston, TX 77023


Alamo Iron Works
943 At&T Center Parkway
San Antonio, TX 78219


Aldine I.S.D.-Tax Office
14909 Aldine-Westfield Road
Houston, TX 77032


Alenco Windows
615  Carson Street
Bryan, TX 77801


Alg Truck & Trailer Repair
641 Hwy 75 North
Huntsville, TX 77340
```

All-Tex Supply, Inc.
10802 N. Stemmons Freeway
Dallas, TX 75220


Allan Burns
1400 West Commerce Street
Dallas, TX 75208


Allan Burns
1400 Commerce
Dallas, TX 75214


Alliance One. LLC
For Acct Of Chemley Co, Llc
P.O. Box 27345
New York, NY 10087-7345


Allied Construction Supplies
2624 Norwich
Dallas, TX 75212


Allied Plastic Supply, Inc
P.O. Box 671074
Dallas, TX 75267-1074


Allied Waste Service #070
P.O. Box 78829
Phoenix, AZ 85062


Allied Waste Services #473
P.O. Box 78829
Phoenix, AZ 85062


Alternator Service, Inc.
2350 W. Commerce Street
Dallas, TX 75212

American Gypsum-Marketing Co
PO Box 676461
Dallas, TX 75267-6461


American United Life Ins. Co.
Acct/Control
5761 Reliable Parkway
Chicago, IL 60686-0054


American Wood Fibers
PO Box 64388
Baltimore, MD 21264


Amw Enterprises, Ltd
Dba Dfw Heavy Duty
Dept. 1265 P.O. Box 2153
Birmingham, AL 35287-1265


Apple Courier, Inc.
1547 Laird
Houston, TX 77008


Arrowhead Rebar, Lp
75 Remittance Drive Ste. 1626
Chicago, IL 60675-1626


At & T
P.O. Box 5012
Carol Stream, IL 60197-5012


At& T- Long Distance
P.O. Box 5017
Carol Stream, IL 60197-5017


AT&T
P.O. BOX 5001
Carol Stream, IL 60197

```
At&T
P.O. Box 5019
Carol Stream, IL 60197-5019


At&T Advertising & Publishing
P.O. Box 5010
Carol Stream, IL 60197-5010


At&T Global Services, Inc.
P.O. Box 8102
Aurora, IL 60507-8102


At&T Internet Services
P.O. Box 650396
Dallas, TX 75265-0396


Atrium Companies, Inc.
PO Box 848446
Dallas, TX 75284-8446


Austin Lube & More
2901 A.W. Grimes Blvd.
Pflugerville, TX 78660


B & C Parts and Supplies
201 S. Kaufman
Ennis, TX 75119


Bat
513 Ferris Ave.
Waxahachie, TX 75165


Bav, Inc.
10550 Maybank
Dallas, TX 75220
```

Betsy Price
Tax Assessor-Collector
P.O. Box 961018
Fort Worth, TX 76161-0018


Better Home Products
534 Eccles Avenue
South San Francisco, CA 94080-1979


Black & Decker, Usptg
P O Box 98692
Chicago, IL 60693


Boise
PO Box 120001
Dept 0640
Dallas, TX 75312-0640


Boomerang Pkg, Inc.
15402 Vantage Pkwy. E#326
Houston, TX 77032


Bryan-College Station Eagle
1729 Briarcrest Drive
Bryan, TX 77802


Buckeye Pacific, LLC
P O Box 168
Portland, OR 97207


Builders Gypsum Supply
P.O. Box 847821
Dallas, TX 75284-7821


Building Industries Partners
5700 Granite Parkway
Suite 200
Plano, TX 75024

Building Plastics, Inc
PO Box 405300
Atlanta, GA 30384-5300


Building Specialties
San Antonio Branch
17100 I.H. 10 West
San Antonio, TX 78257


Building Specialties
Dfw Branch
10750 John W. Elliott Drive
Frisco, TX 75034


Buildsite
827 Broadway Suite 310
Oakland, CA 94607


Cargotec Usa Inc. Hiab
P.O. Box 643148
Pittsburgh, PA 15264-3148


Cascade
P O Box 140388
Dallas, TX 75214-0388


Cd Enterprises
1115 Harrison Ave.
Arlington, TX 76011


Cdw  Direct, LLC
P.O. Box  75723
Chicago, IL 60675-5723


Cedar Creek Lumber Texas, Inc.
P.O. Box 843709
Dallas, TX 75284-3709

Cendrex, Inc.
11 303 26th Avenue
Quebec Hie 6n6
Montreal, Canada


Central Hardwoods Specialties
2605 Rodney Lane
Dallas, Tx 75229v


Century Saw & Tool
P O Drawer 20636
Waco, TX 76702-0636


Certainteed Ceilings Corp
Ceilings Corp
PO Box 822567
Philadelphia, PA 19182-2567


Certainteed Corp.
Insulation Group
13903 Collections Center Dr.
Chicago, IL 60693


Certainteed Gypsum
3218 Solutions
Chicago, IL 60677-3002


Certegy Check Services, Inc.
P.O. Box 30038
Tampa, FL 33630-3038


Chet Machining
3414 E. Main St.
Grand Prairie, TX 75050


Chicago Flameproof
P.O. Box 94871
Chicago, IL 60690-4871

Chicago Metallic
P.O. Box 95976
Chicago, IL 60694-5976


Cintas First Aid & Safety
P.O. Box 3583
Coppell, TX 75019


City of Dallas
City Hall 1 An
Dallas, TX 75277


City of Ennis
Tax Department
PO Box 220
Ennis, TX 75120


City of Woodway
924 Estates Dr.
Woodway, TX 76712-3432


Clark Louver Company, Inc.
2905 S. Cravens Road
Fort Worth, TX 76119


Clarkwestern Bldg Systems
Location 640458
Cincinnati, OH 45264


Comdata
5301 Maryland Way
Brentwood, TN 37027


Comerica Bank
1717 Main Street
4th Floor Mc6593
Dallas, TX 75201

Concept Walls
3800 Distribution
Houston, TX 77018


Concrete Accessories, Inc.
3130 Commonwealth Dr
Dallas, TX 75247


Constellation Newenergy
100 Constellation Way, Suite 1200c
Baltimore, MD 21202


Cowtown Materials, Inc.
401 Garden Acres
Fort Worth, TX 76140


Craig J. Lewis
P O Box 4868
Bryan, TX 77805


Creative Plastic Slides & Pads
P.O. Box 188
Eagle, WI 53119-0188


D & B
P.O. Box 75434
Chicago, IL 60675-5434


Daico Supply Company
1084 West Jackson Road
Carrollton, TX 75006


Dallas Flat Glass Dist.
2150 Hutton
Carrollton, TX 75006

Dallas Recycling
3303 Pluto Street
Dallas, TX 75212


Darr Equipment Co.
P.O. Box 975053
Dallas, TX 75397-5053


David's  Concrete Innovations
3001 East Highway 199
Springtown, TX 76082


Dell Marketing L.P.
P.O. Box 676021
Dallas, TX 75267-6021


Delta T Equipment
8850 Jameel Suite 100
Houston, TX 77040


Denver Southwest,Lp
1210 Avenue H East
Arlington, TX 76011


Dietrich Industries, Inc.
1613 Solutions Center
Chicago, IL 60677-1005


Dillon Equipment Co.
3907 Elm Street
Dallas, TX 75226


Direct Scaffold Supply
5602 Armour Drive
Houston, TX 77020

Dixie Plywood Company
P.O. Box 930440
Atlanta, GA 31193


Door King
14245 Brownville
Houston, TX 77015


Dq Technologies, Inc.
Accounts Receivable
1900 Cypress Creed Rd. Ste 101


Drywall Supply
1012 Rankin Road
Houston, TX 77073


Dw Distribution
P.O. Box 671449
Dallas, TX 75267-1449


Elite Designs
Advertising Sales
P.O. Box 13725
Arlington, TX 76094


Elliott Electric Supply
P O Box 630610
Nacogdoches, TX 75963


Ellis County Medical Assoc.
802 W. Lampasas
Ennis, TX 75119


Enersys Inc.
1604 Solutions Center
Chicago, IL 60677-1006

Ennis Flower Shop
101 N.W. Main Street
Ennis, TX 75119


Ennis Isd Tax Office
Janice Mcada; Tax A/C
P.O. Box 1420
Ennis, TX 75120-1420


Ennis Office Supply
204 W Knox St.
Ennis, TX 75119


Ennis Truck and Trailer
P.O. Box 1302
Ennis, TX 75119


Equipment Depot
P.O. Box 974287
Dallas, TX 75397-4287


Experian
Department 1971
Los Angeles, CA 90088-1971


Fedex
P.O. BOX 94515
Palatine, IL 60094-4515


Firstchoice
1167 Mississippi Ave.
Dallas, TX 75207


Fmtz Trucking, LLC

Fort Worth Water Department
P.O. Box 961003
Fort Worth, TX 76161-0003


Fry Reglet
P.O. Box 2545
Santa Fe Springs, CA 90670-0546


G & K Services
5995 Opus Parkway Suite 500
Minnetonka, MN 55343


G-P Gypsum Corporation
P.O. Box 911343
Dallas, TX 75391


Gary B. Barber
Smith County Tax Office
P.O. Box 2011
Tyler, TX 75710


Ge Capital
P.O. Box 740441
Atlanta, GA 30374-0441


Goldblatt Taping Tools
P.O. Box 26207
Overland Park, KS 66225


Grabber Const Products Inc
Dept 1590
Denver, CO 80291-1590


Grainger
Dept. 802391292
P.O. Box 419267
Kansas City, MO 64141-6267

Gravley Doors
PO Box 560
Aubrey, TX 76227


Great American Treating, Inc
PO Box 234
Winona, TX 75792


Great Lakes Railroad Service
P O Box 352695
Toledo, OH 43635


Green Fiber
P.O. Box 8500-5865
Philadelphia, PA 19178-5865


Guardian Building Products
PO Box 731020
Dallas, TX 75373-1020


Gulf State Lumber Company
P.O. Box 869
Tyler, TX 75710


Gypsum Supply, Inc.
PO Box 568048
Dallas, TX 75356-8048


Hardware Resources
4319 Marlena Street
Bossier City, LA 71111


Hardwoods Specialty Prods Us
PO Box 6306
Arlington, TX 76005

Harney Hardware, Inc.
P O Box  1309
Thonotosassa, FL 33592


Harris County Mud #182
Office Of The Tax Assessor Col
P.O. Box 672346
Houston, TX 77267-2346


Harrison Cad
PO Box 818
Marshall, TX 75671-0818


Harrison County Tax Office
Julie Cox
PO Box 967
Marshall, TX 75671


Hartman Leito & Bolt, Llp
6050 Southwest Blvd. #300
Fort Worth, TX 76109


Harvey Public Records
P.O. Box 11397
Waco, TX 76716


Hctra - Violations
Dept  1
P.O. Box 4440
Houston, TX 77210-4440


Health at Work
1327 Troup Highway
Tyler, TX 75701


Herman L. Byrd
3549 Hwy. 30 West
Huntsville, TX 77340

Houston Foam
P.O. Box 1615
Houston, TX 77251-1615


Hsbc Business Solutions
Northern Tool & Equipment Co.
P.O. Box 5219
Carol Stream, IL 60197-5219


Huttig Building Prods, Inc
36913 Treasury Center
Chicago, IL 60694-6900


Imperial Auto G.


Indiana Lumbermens Accounts Receivable
P.O. Box 632765
Cincinnati, OH 45263-2765


Infor Global Solution
P.O. Box 933774
Atlanta, GA 31193-3751


Inland Truck Parts & Service
P.O. Box 170767
Irving, TX 75017


Insulating Products, Inc.
3101 Technology Drive
Suite 190
Plano, TX 75074


Interbelt North Business
Owner's Association
800 W.Sam Houston Pkwy #200
Houston, TX 77024

Intercity Services, Inc.
P.O. Box 251525
Plano, TX 75025-1525


Jack of All Trades, Inc.
P.O. Box 7818
Waco, TX 76714-7818


James Hardie Bldg. Products
Dept 7151
Los Angeles, CA 90088-7151


Jani-King of Austin
2523 South Lakeline Blvd.
Cedar Park, TX 78613


Janitor's Warehouse
3910 Gattis School Rd.
Round Rock, TX 78664


Jars Truck & Trailer Repair
5152 Hwy 271
Tyler, TX 75708


JCL Properties, GP
Attention: Craig J. Lewis
P O Box 4868
Bryan, TX 77805


Jeld-Wen, Inc.
P.O. Box 843518
Dallas, TX 75284-3518


John Ames
Dallas Cnty Tax Assessor-Col
P.O. Box 139033
Dallas, TX 75313-9033

John Bridges,Rta
Tax Assessor-Collector
P.O. Drawer 188
Waxahachie, TX 75168-0188


Juan Moises Aguilar
811 S. Montclair
Dallas, TX 75208


Kaycan
4653 Leston Avenue
Suite 710 A
Dallas, TX 75247


Kenneth L. Maun, Tax Asses/Col
Collin County
P.O. Box 8046
Mckinney, TX 75070-8046


Klumb Forest Products
P.O. Box 219
Winona, TX 75792


Knickerbocker Partition Corp.
P. O. Box 3035
Freeport, NY 11520


Koral
P.O. Box 1270
Ennis, TX 75120


Kristeen Roe, Tax Assesor
300 E. William J. Bryan Parkway
Bryan, TX 77803


Kurz Group, Inc.
8333 Douglas Avenue
Suite 1370, Lb 21
Dallas, TX 75225

```
Kwik Kar Lube & Tune
2308 W. Ennis Ave
Ennis, TX 75119


Lancaster
PO Box 4228 Dept 3070
Houston, TX 77210-4228


Lancaster Company
P.O. Box 7923
Houston, TX 77270


Law Offices of Bill Bailey
101 W. Renner Rd. Suite 220
Richardson, TX 75082


Lawrence S. Stanton
c/o Susman Godfrey, LLP
901 Main Street, Suite 5100
Dallas, TX 75202


Leo Vasquez
Tax Assessor-Collector
P.O. Box 4622
Houston, Tx 772104622


Limon's Road Service
P.O. Box 831214
San Antonio, TX 78283


Lobo Malo Investments, Inc.
P O Box 6139
Huntsville, TX 77342


Lone Star Overnight
P.O. Box 149225
Austin, TX 78714-9225
```

Lumbermens Merchandising Corporation
C/O John D. Herberger
11767 Katy Freeway, Suite 920
Houston, TX 77079


Magnum Tools Corporation
P.O. Box 630528
Houston, TX 77263


Manitou North America, Inc.
P.O. Box 21386
Waco, TX 76702


Marino Ware Industries
P.O. Box 530642
Atlanta, GA 30353-0642


Martinez Heavy Truck,
Tire & Repair
P.O. Box 10709
Huntsville, TX 77340


Matheson Tri-Gas Inc.
P.O. Box 845502
Dallas, TX 75284-5502


Mayco Industries, Inc.
PO Box 731149
Dallas, TX 75373-1149


Mckay Lumber, Inc.
113 Industrial Blvd.
Austin, TX 78745


Mcm Realty Partnership, Ltd.
Attention: Robert A. Gilliam
11010 Coachlight, Ste 200
San Antonio, TX 78216

Mcs Door and Hardware
P.O. Box 6626
Bryan, TX 77805


Mcshan Florist, Inc.
P.O. Box 18085
Dallas, TX 75218


Merit Trade Source
PO Box 4228
Dept 3070
Houston, TX 77210-4228


Metro Truck Sales, Inc.
Dept. 1265, P.O. Box 2153
Birmingham, AL 35287-1265


Mhc Kenworth
P.O. Box 879269
Kansas City, MO 64187-9269


Michael Luna
6204 Thurgood Ave
Austin, TX 78721


Micro-Shield Services
P.O. Box 820129
North Richland Hills, TX 76182


Midwest Hose & Specialty, Inc.
P.O. Box 96558
Oklahoma City, OK 73143-6558


Moon's Mechanical Services
632 Rogers Hill Spur
Waco, TX 76705

Morgan Services
419 W. Nelda
Houston, TX 77037


Mw Manufactures Inc
PO Box 79634
Baltimore, MD 21279-0634


Nacm Southwest
P.O. Box 167688
Irving, TX 75016-7688


National Gypsum Company
Lockbox # 402920
6000 Feldwood Road
College Park, GA 30349


Nationwide Industries
10333 Windhorst Road
Tampa, FL 33619


Navarro's Landscaping
23406 Baneberry
Magnolia, TX 77355


Nelco
P.O. Box 845186
Boston, MA 02284-5186


Nelda Wells Spears, Tax Collec
P.O. Box 149328
Austin, TX 78714-9328


Nelson-Putman Propane Gas, Inc
P. O. Box 2127
Corsicana, TX 75151-2127

Nexogy
5757 Blue Lagoon Dr. Suite 190
Miami, FL 33126


Nextel
P.O. Box 4181
Carol Stream, IL 60197-4181


North America Pest & Termite Control
P.O. Box 842080
Houston, TX 77284-2080


Nt Truss & Components,Lp
616 11th Street
Arlington, TX 76011


Oak Cliff Office Products and Printing
1876 Lone Star Drive
Dallas, TX 75212


Ocs, Inc
780 Westridge Rd.
The Woodlands, TX 77380


Ogburn's Truck Parts
P.O. Box 4630
Fort Worth, TX 76164-0630


Orgill, Inc.
P.O. Box  1000 Dept. 7
Memphis, TN 38148


Pac-Fas
PO Box 897
South Houston, TX 77587

Pbi Supply, Inc.
5225 S. Loop 289
Suite 200
Lubbock, TX 79424


Perfection Fireplace & Sply
6742-A N. Eldridge Pkwy
Houston, TX 77041


Philips Products
P O Box 102006
Atlanta, GA 30368-2006


Pitney Bowes
Global Financial Services
P.O. Box  856460
Louisville, KY 40285-6460


Precision Interior Products
12621 Why 105 W. Ste. 201
Conroe, TX 77304


Precision Marketing & Sales
125 Commerce Dr. Suite K
Fayetteville, GA 30214


Primesource
Receivables Company Llc
2517 Paysphere Circle
Chicago, IL 60674


Primus
P.O. Box 3246
Milwaukee, WI 53201-3246


Quality Fire Protection
P.O. Box 354
Eddy, TX 76524

Quiet Solution, LLC
PO Box 504397
Saint Louis, MO 63150-4397


R.E.C. Industries, Inc.
P.O. Box 4868
Bryan, TX 77805


R.H. Tamlyn & Sons, Lp
13623 Pike Road
Stafford, TX 77477-5103


Red Rooster Lumber & Hardware
6454 E. Lancaster
Fort Worth, TX 76112


Reeder Distributors, Inc.
P.O. Box 225264
Dallas, TX 75222-5264


Reliable Parts Co.
1011 11th Street
Huntsville, TX 77342


Resources Security, Inc.
P.O. Box 425
Huntsville, TX 77342


Rew Materials
PO Box 1130
Lewisville, TX 75057


Richardson Timbers LLC
P.O. Box 671619
Dallas, TX 75267-1619

Rick's Tire Service
P.O. Box 531833
Grand Prairie, TX 75053-1833


Rick's Truck Lube
P.O. Box 3275
Bryan, TX 77805


Roberts International Corp.
PO Box 1908
Des Moines, IA 50305


Ryder Insulation Inc
5810 N Houston Rosslyn Rd
Houston, TX 77091


Safety-Kleen Systems Inc
P.O. Box 650509
Dallas, TX 75265-0509


Saia Motor Freight Line, Inc.
P.O. Box 730532
Dallas, TX 75373-0532


Savway Carton Forms
P. O. Box 177357
Irving, TX 75017-7357


Simpson Strong-Tie Company
P O Box 45687
San Francisco, CA 94145-0687


Snavely Forest Products
P.O. Box 676398
Dallas, TX 75267-6398

Southern Fastening Systems of Texas , In
650 Sanden Blvd
Wylie, TX 75098


Southern Utilities Company
218 N. Broadway
Tyler, TX 75702


Southwest International Trucks
P.O. Box 560685
Dallas, TX 75247


Southwest Moulding Company
P.O. Box 650013
Dallas, TX 75265-0013


Southwest Vault Builders, Inc.
Cold Storage Contracting
596 Bennett Lane
Lewisville, TX 75057


Southwestern Electric Power
P.O. Box 24422
Canton, OH 44701-4422


Spacewall International Inc
P O Box 101971
Atlanta, GA 30392-1971


Specialized Bldg Systems, Inc.
6503 Wasco Way
Houston, TX 77041


Specialty Prods & Ins., Co.
Dept 0203
P.O. Box 12-0203
Dallas, TX 75312-0203

Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Stone Metal Products
1600 Park Ave
Beloit, WI 53511


Sullivan's Advanced Fleet
22502 Loop 494
Kingwood, TX 77339


Sunbelt Industrial Trucks
1617 Terre Colony Ct.
Dallas, TX 75212


Superior Structures
3800 State Hwy 6 South
Suite 108-D
College Station, TX 77845


Supreme Tire Company
118 E. Ennis Ave.
Ennis, TX 75119


Sylvia S. Romo Cpa,Rta,Cta
Bexar County Tax Assessor
P.O. Box 839950
San Antonio, TX 78283-3950


Target Temporaries
4839 Don Drive
Dallas, TX 75247


Temple-Inland
Dept. Ch 14227
Palatine, IL 60055-4227

Terminix Processing Center
P.O. Box 742592
Cincinnati, OH 45274-2592


Tex-Con-Oil Co
P.O. Box 18463
Austin, TX 78760


Texaco / Shell
P.O. Box 9010
Des Moines, IA 50368-9010


Texas Fleet Fuel
P.O. Box 6026
Austin, TX 78762-6026


Texas Tollways Csc
12719 Burnet Road
Austin, TX 78727-4206


Texas Welders Supply Co., Inc.
5515 W. Richey Rd.
Houston, TX 77066-3328


The Blue Book of Building & Construction
P.O. Box 500
Jefferson Valley, NY 10535-0500


The Buying Source
PO Box 890727
Charlotte, NC 28289-0727


The Huntsville Item
P.O. Box 539
Huntsville, TX 77342-0539

The Steel Network, Inc.
P.O. Box  13887
Durham, NC 27709


The Valvoline Company
16397 Collections Center Drive
Chicago, IL 60693-6397


Thomas Petroleum Ltd.
P.O. Box 202699
Dallas, TX 75320-2699


Timberline Forest Products
P.O. Box 1568
Sherwood, OR 97140


Tools For Trades, Inc.
P.O. Box 934131
Atlanta, GA 31193-4131


Tridex Systems, Inc.
1115 Elkton Dr. Suite 401
Colorado Springs, CO 80907


Trim-Tex, Inc.
3700 W. Pratt Ave.
Lincolnwood, IL 60712-2508


Trinity Forest Ind. Inc.
PO Box 678273
Dallas, TX 75263-8273


Trinity Publications
P.O. Box 140285
Austin, TX 78714-0285

Triple B. Holdings, Lp
1400 West Commerce
Dallas, TX 75208


Truckpro, Inc.
P.O. Box 405137
Atlanta, GA 30384-5137


Txi Operations, Lp
P.O. Box 840300
Dallas, TX 75284-0300


Ultra-Pak, Inc.
13740 Midway Road
Suite 502
Dallas, TX 75244


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


United States Gypsum Company
P.O. Box 532030
Atlanta, GA 30353-2030


United Tool & Fastner, Inc
P.O. Box 38951
Houston, TX 77238


Verizon Business
P.O. Box 371355
Pittsburgh, PA 15250-7355


Verizon Southwest
P.O. Box 920041
Dallas, TX 75392-0041

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


Versatrac International
7967 Blankenship Dr.
Houston, TX 77055-1005


Wabash National Trailer
2270 Reliable Pkwy
Chicago, IL 60686-0022


Walker & Byrd Building Materials
P O Box 1639
Huntsville, TX 77342


Walker Cnty Appraisal District
P.O. Box 1798
1819 Sycamore Ave.
Huntsville, TX 77342-1798


Walker County Chamber of Commerce
P.O. Box 538
Huntsville, TX 77342


Wall Technology, Inc.
Dept. 318
Denver, CO 80291-0318


Walnut Hill Wrecker
P.O.Box 59327
Dallas, TX 75229-9327


Waste Management
Houston Metro
P.O. Box 660345
Dallas, TX 75266-0345

Weatherford Door Co., Inc.
1400 Konecny St
Bryan, TX 77803


Web-Tex
4764 Vicksburg Street
Dallas, TX 75207


Westbrook Lumber Co.
P.O. Box 205
Sulphur Springs, TX 75482


Wilson Culverts, Inc.
P.O. Box 940
Elkhart, TX 75839


Wilsonart International
P.O. Box 730902
Dallas, TX 75373-0902


Wingfoot Commercial Tire
3601 Hwy 21 E
Bryan, TX 77808


Woods Electric
P.O. Box 7331
Huntsville, TX 77342-7331


Work Wear
P.O. Box 1328
Arlington, TX 76004-1328


Workers Medical
3201 University Dr. East
Suite #155
Bryan, TX 77802

```
Worldwide Express
13201 Northwest Frwy #225
Houston, TX 77040


Youngblood Automotive and Tire
P.O. Box 2299
Pflugerville, TX 78691-2299
```