Wyatt Legal Services, PLLC

# Invoice

10655 Six Pines Road
Suite 200
The Woodlands, TX 77380

| Date | Invoice # |
|---|---|
| 8/3/2010 | 1686 |

**Bill To**

ISC Building Materials, Inc.

| Phone # | 281-419-8733 |
|---|---|
| Fax # | 281-419-8703 |

| Terms | Project |
|---|---|
|  |  |

| Item/Atty | Description | Qty/hrs | Rate | Serviced Date | Amount |
|---|---|---|---|---|---|
| NewD | Revise First ADay Affidavit, check court docket, email to brent Burns. tc Brent Burns, email to BT Carroll Comerica Bank | 1.13333 | 400.00 | 7/6/2010 | 453.33 |
| NewD | TC Barry Carroll, tc Brent Burns, Review client comments and amend First Day Affidavit. modify cash collateral exhibit to exclude DIP profile, TC Brent Burns, TC ALlan Burns, TC Donna in payroll re former employees claims, tc Brent Burns. TC Steve Mateous. | 1.81667 | 400.00 | 7/6/2010 | 726.67 |
| NewD | TC ALlan Burns re Recllamation claims lumber yard, TC Brent Burns re Boise email, work on First Day Motions, Lengthy TC Atty for Comerica Bank, edit Cash managment motion, email from Controller Del Street re reclamation, lengthy email reply.Email to Atty Murphy. | 1.46667 | 400.00 | 7/6/2010 | 586.67 |
| NewD | Brief oc with Brent Burns, call to Barry Carroll at Comerica Bank. | 0.2 | 400.00 | 7/7/2010 | 80.00 |

**Total**

This is an explanation of the services rendered during this billing period. THIS IS NOT A BILL. If you owe a balance in excess of your retainer already paid to the firm, you will receive a STATEMENT which will show the amount due. Please direct any questions regarding these charges to our attention within 10 days. Thank you. Wyatt Legal Services, PLLC.

Wyatt Legal Services, PLLC

# Invoice

10655 Six Pines Road
Suite 200
The Woodlands, TX 77380

| Date | Invoice # |
|---|---|
| 8/3/2010 | 1686 |

| Bill To |
|---|
| ISC Building Materials, Inc. |

| Phone # | 281-419-8733 |
|---|---|
| Fax # | 281-419-8703 |

| Terms | Project |
|---|---|
|  |  |

| Item/Atty | Description | Qty/hrs | Rate | Serviced Date | Amount |
|---|---|---|---|---|---|
| NewD | TC cOLLECTIONS ATTORNEY, tc Atty for Primesource re reclamation, OC Brent Burns re same, work on schedules and Motions with Brent BUrns, email to Fraser Murphy. email to Dela nd Donna re inquireis and Notice of Commencement. Modify First Day Affidavit, Reveiw detailed schedules with BB, TC Fraser Murphy, Lengthy OC Brent Burns re DIP facilities. Review of revised cash collateral agreement. TC Fraser Murphy re present use. | 5.13333 | 400.00 | 7/7/2010 | 2,053.33 |
| NewD | TC CHristine March US Trustee | 0.2 | 400.00 | 7/7/2010 | 80.00 |
| NewD | TC Chris WIlliams, TC Frasher Murphy. | 0.5 | 400.00 | 7/7/2010 | 200.00 |
| NewD | Further work on first day motions. TC Brent Burns, Continued work on First Day Motions, TC Maureen at Judge Brown's chambers, | 1.96667 | 400.00 | 7/8/2010 | 786.67 |
| NewD | Brief OC Brent Burns on specific vendor issues, detailed email to VP Purchasing for reclamation analysis. | 0.35 | 400.00 | 7/8/2010 | 140.00 |
| NewD | COnference call with Comerica regarding DIP loan. | 0.43333 | 400.00 | 7/8/2010 | 173.33 |
| NewD | TC CHristine March US Trustees, TC Atty Murphy COmerica Bank. | 0.4 | 400.00 | 7/8/2010 | 160.00 |
| NewD | Amend and correct Cash Colalteral Motion. | 0.01 | 400.00 | 7/8/2010 | 4.00 |
|  | **Total** |  |  |  |  |

This is an explanation of the services rendered during this billing period. THIS IS NOT A BILL. If you owe a balance in excess of your retainer already paid to the firm, you will receive a STATEMENT which will show the amount due. Please direct any questions regarding these charges to our attention within 10 days. Thank you. Wyatt Legal Services, PLLC.

Wyatt Legal Services, PLLC

10655 Six Pines Road
Suite 200
The Woodlands, TX 77380

# Invoice

| Date | Invoice # |
|---|---|
| 8/3/2010 | 1686 |

| Bill To |
|---|
| ISC Building Materials, Inc. |

| Phone # | 281-419-8733 |
|---|---|
| Fax # | 281-419-8703 |

| Terms | Project |
|---|---|
|  |  |

| Item/Atty | Description | Qty/hrs | Rate | Serviced Date | Amount |
|---|---|---|---|---|---|
| NewD | OC with Brent Burns, wirness preparation, emails to and from Atty Murphy, discussions at court with Barbara (UST) and Atty March, Court appearance, meeting with Mr. Burns, conference call with COmerica Bank and Atty Murphy, Tc Atty Murphy, draft press releases, Telephonic meeting with all managers and VPs. | 6.4 | 400.00 | 7/9/2010 | 2,560.00 |
| NewD | Review email and Stanton post pet. demand letter email to client. | 0.2 | 400.00 | 7/10/2010 | 80.00 |
| NewD | Review reclamation demands to date. | 0.9 | 400.00 | 7/12/2010 | 360.00 |
| NewD | urther review of reclamation claims. | 0.3 | 400.00 | 7/12/2010 | 120.00 |
| NewD | Review emails from Brent re ISC-Gulfstar, CRO and Drake Group, lengthy email to Brent re Gulfstar contract, Eniis sale, and other issues. Continued analysis of reclamation demands. | 1 | 400.00 | 7/12/2010 | 400.00 |
| NewD | Review budget and email to VPS re budget order. Compile 90 day budget for UST, email to SS and Brent. Compile responses to reclamation demands. | 1.57 | 400.00 | 7/13/2010 | 628.00 |
| NewD | TC VP purchasing, controller, and vp finance, detailed review of reclamation notices. | 0.3 | 400.00 | 7/13/2010 | 120.00 |
| NewD | TC Atty Peter Johnson for Allan Burns. | 0.16667 | 400.00 | 7/13/2010 | 66.67 |
| NewD | Lengthy TC Steve M. VP Purchasing Re rclamation a nalysis. | 0.7 | 400.00 | 7/14/2010 | 280.00 |

**Total**

This is an explanation of the services rendered during this billing period. THIS IS NOT A BILL. If you owe a balance in excess of your retainer already paid to the firm, you will receive a STATEMENT which will show the amount due. Please direct any questions regarding these charges to our attention within 10 days. Thank you. Wyatt Legal Services, PLLC.

Wyatt Legal Services, PLLC

10655 Six Pines Road
Suite 200
The Woodlands, TX 77380

# Invoice

| Date | Invoice # |
|---|---|
| 8/3/2010 | 1686 |

| Bill To |
|---|
| ISC Building Materials, Inc. |

| | |
|---|---|
| Phone # | 281-419-8733 |
| Fax # | 281-419-8703 |

| Terms | Project |
|---|---|
| | |

| Item/Atty | Description | Qty/hrs | Rate | Serviced Date | Amount |
|---|---|---|---|---|---|
| NewD | Review and respond toe mail re commission expenses, lengthy tc Brent Burns re Ge Cap and DIP potential/prep. | 0.9 | 400.00 | 7/14/2010 | 360.00 |
| NewD | TC Fraser Murphy Critical Venfors, Reclamation claims and DIP loan. | 0.4 | 400.00 | 7/14/2010 | 160.00 |
| NewD | ATTend UST IDC meeting. | 1.5 | 400.00 | 7/14/2010 | 600.00 |
| NewD | Review email re commissions, reveiw email re vacation time payments, 2 replies to Brent, email to Frasher Murphy. | 0.4 | 400.00 | 7/15/2010 | 160.00 |
| NewD | Preapre for GE Cap meeting, Review Comerica DIP prop. Order, rev term sheet. | 0.9 | 400.00 | 7/15/2010 | 360.00 |
| NewD | Meeting with GE Capital, TC Atty F. Murphy, Meeting with Butch Yrborough VP, Meeting with Del Street, Controller and Steve Mateous, VP Purchasing, review of disbursements, meeting with Allen and Brent Burns. | 3.75 | 400.00 | 7/16/2010 | 1,500.00 |
| NewD | Reviem email from Chris Adams, committee counsel, brief reply. | 0.1 | 400.00 | 7/17/2010 | 40.00 |
| NewD | tc Chris Adams, comm, counsel | 0.3 | 400.00 | 7/18/2010 | 120.00 |
| NewD | Initial review of DIP Loan agreement, email to Prent, Email to F. Murphy. | 0.6 | 400.00 | 7/19/2010 | 240.00 |
| NewD | Detailed review and revision of DIP loan agreement, TC Brent Burns, Detailed review of revised DIP order agreement, TCBrent Burns and Fraser Murphy re DIP and purchasing issues, further work on DIP loan Agreement. | 4.72 | 400.00 | 7/19/2010 | 1,888.00 |
| | | | | **Total** | |

This is an explanation of the services rendered during this billing period. THIS IS NOT A BILL. If you owe a balance in excess of your retainer already paid to the firm, you will receive a STATEMENT which will show the amount due. Please direct any questions regarding these charges to our attention within 10 days. Thank you. Wyatt Legal Services, PLLC.

Wyatt Legal Services, PLLC

10655 Six Pines Road
Suite 200
The Woodlands, TX 77380

# Invoice

| Date | Invoice # |
|---|---|
| 8/3/2010 | 1686 |

| Bill To |
|---|
| ISC Building Materials, Inc. |

| Phone # | 281-419-8733 |
|---|---|
| Fax # | 281-419-8703 |

| Terms | Project |
|---|---|
|  |  |

| Item/Atty | Description | Qty/hrs | Rate | Serviced Date | Amount |
|---|---|---|---|---|---|
| NewD | Reviewmemo and preapre for meeting, legthy telephonic aith Atty Adams, client and committee. | 1.1 | 400.00 | 7/19/2010 | 440.00 |
| NewD | Review ermail from Del Street re cash management and review detailed spread sheet, revise model. | 1.8 | 400.00 | 7/19/2010 | 720.00 |
| NewD | Preapre for telconference, revise model showing alternate DIP strategy, TC Brent Burns, review additional reclamation demands, severale mails and replies with Del Street re cash receipts accounting, tc Atty F. Murphy re DIP conference, extensive work on revised company cash flow exhibit. | 6.1 | 400.00 | 7/20/2010 | 2,440.00 |
| NewD | Revise Cash model showing vendor credit modifications. Emails to client. | 1.2 | 400.00 | 7/21/2010 | 480.00 |
| NewD | Conference with Barry Carroll, F. Murphy, B. Burns, re Bank model and DIP offer. | 0.5 | 400.00 | 7/21/2010 | 200.00 |
| NewD | Revise model to comport with Bank model, review contract, email to Atty Murphy and Atty Adams, email to client. Revise model with UST fees. | 1.86667 | 400.00 | 7/22/2010 | 746.67 |
| NewD | Review email from Brent Burns, review email from Allan Burns re Building Dept issue, review and Reply to email from brent re model, lengthy tc with Bryan Fredericjkkkson - Gulfstar | 0.7 | 400.00 | 7/22/2010 | 280.00 |

**Total**

This is an explanation of the services rendered during this billing period. THIS IS NOT A BILL. If you owe a balance in excess of your retainer already paid to the firm, you will receive a STATEMENT which will show the amount due. Please direct any questions regarding these charges to our attention within 10 days. Thank you. Wyatt Legal Services, PLLC.

Wyatt Legal Services, PLLC

10655 Six Pines Road
Suite 200
The Woodlands, TX 77380

# Invoice

| Date | Invoice # |
|---|---|
| 8/3/2010 | 1686 |

| Bill To |
|---|
| ISC Building Materials, Inc. |

| Phone # | 281-419-8733 |
|---|---|
| Fax # | 281-419-8703 |

| Terms | Project |
|---|---|
|  |  |

| Item/Atty | Description | Qty/hrs | Rate | Serviced Date | Amount |
|---|---|---|---|---|---|
| NewD | TC with Atty Murphy, Brent Burns, Barry Carroll and Bryan Frederickson re modelissues and DIP loan, including Crit Vendor status for Chicago. | 1.75 | 400.00 | 7/23/2010 | 700.00 |
| NewD | Review objections, and Motion for Admin claim, lengthy phone call atty Frasher, Lengthy phone call client. Lengthy Phone call atty Gold, email to client. | 1.2 | 400.00 | 7/26/2010 | 480.00 |
| NewD | TC Atty Murphy, review email, TC Client. | 0.2 | 400.00 | 7/26/2010 | 80.00 |
| NewD | Review email Del Street, review cash results WE 7-23 | 0.2 | 400.00 | 7/27/2010 | 80.00 |
| NewD | TC Court Assistant, email to Attys Murphy and Gold, review email and proposed stip, TC Atty Adams, email to Atty Adams, email to Atty Gold and Murphy. | 0.2 | 400.00 | 7/27/2010 | 80.00 |
| NewD | Review email from ALlan Burns re ATT contracts, brief reply. | 0.1 | 400.00 | 7/27/2010 | 40.00 |
| NewD | TC Brent Burns re settlement with customer. | 0.3 | 400.00 | 7/28/2010 | 120.00 |
| NewD | Review and revise proposed vendor letter. | 0.2 | 400.00 | 7/28/2010 | 80.00 |
| NewD | Review and draft DIP documents, lengthy TC Brent Burns, review Guardian claims, TC Chris Adams, email to F. Murphy, draft model Reclamation repl, review same with Shirley. | 4.1 | 400.00 | 8/2/2010 | 1,640.00 |
| NewD | Lengthy TC with F. Murphy and assoc re DIP lOan agreement. | 0.6 | 400.00 | 8/2/2010 | 240.00 |

**Total** $24,333.34

This is an explanation of the services rendered during this billing period. THIS IS NOT A BILL. If you owe a balance in excess of your retainer already paid to the firm, you will receive a STATEMENT which will show the amount due. Please direct any questions regarding these charges to our attention within 10 days. Thank you. Wyatt Legal Services, PLLC.