UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-35732 |
| ISC BUILDING MATERIALS, INC., | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### THIRD STIPULATION EXTENDING TERM OF AGREED INTERIM ORDER FOR USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND PROVIDING PARTIAL ADEQUATE PROTECTION AND GRANTING LIENS AND SECURITY INTERESTS

Pursuant to paragraph thirty-three (33) of the *Agreed Interim Order for Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code and Providing Partial Adequate Protection and Granting Liens and Security Interests* (Docket No. 30, the "Interim Order"), entered by the Court on July 9, 2010, ISC Building Materials, Inc., the above-captioned debtor (the "Debtor") and Comerica Bank ("Comerica") hereby stipulate and agree to extend the term of the Interim Order as follows:[1]

A.  The term of the Interim Order shall, unless further extended by agreement of the Debtor and Comerica, be extended until and expire on the earliest to occur of (*a*) midnight on August 20, 2010 (the "Termination Date"), (*b*) an uncured Event of Default as set forth pursuant to paragraphs 32(a)-(e) of the Interim Order; (*c*) a final hearing on the Motion; or (*d*) further order of this Court.

B.  Comerica consents to the Debtor's continued use of Comerica Cash Collateral under the extended term of the Interim Order pursuant to identical budgeted amounts set forth in the line item budget attached as **Exhibit A** to the Interim Order.

---

[1] Capitalized terms used herein not otherwise defined shall have the meanings ascribed to them in the Interim Order.

C. Except as provided herein, all terms, conditions, and provisions of the Interim Order are not otherwise altered and shall remain in full force and effect. Nothing herein shall prejudice the rights of ClarkWestern Building Systems, Inc. to assert at any final hearing on cash collateral the objections raised in its Limited Objection to Entry of Final Cash Collateral Order (Docket No. 65).

Dated: August 13, 2010.

***STIPULATED AND AGREED TO*:**

*/s/ Donald L. Wyatt*
Donald L. Wyatt (SBT #24039262)
Wyatt Legal Services, PLLC
26418 Oak Ridge Rd.
The Woodlands, TX 77380

**ATTORNEY FOR THE DEBTOR**

-and-

*/s/ J. Frasher Murphy*
J. Frasher Murphy (SBT #24013214)
Gregory M. Zarin (SBT #24060871)
**WINSTEAD PC**
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Phone (214) 745-5400
Fax (214) 745-5390

**ATTORNEYS FOR COMERICA BANK**

-and-

By: /s/ *Ronald E. Gold*_____
Ronald E. Gold, Esq.
Ohio Bar No. 0061351
Lindsey F. Baker, Esq.
Ohio Bar No. 0085017
**FROST BROWN TODD LLC**
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
513-651-6981 Facsimile

**COUNSEL FOR CLARKWESTERN BUILDING SYSTEMS INC.**