**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-35732 |
| ISC Building Materials, Inc., | § | |
| | § | CHAPTER 11 |
| Debtor | § | |

### CERTIFICATE OF SERVICE

I, Don Wyatt, hereby certify that a true and correct copy of the foregoing:

- Notice of Hearing of Debtor's Motion to Authorize the Debtor to Obtain Post Petition Financing on an Interim and Final Basis and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 (c) (doc. no. 76),

was served upon the following parties either, via facsimile, electronically, Via ECF or Via U.S. Mail, postage prepaid, first class mail to the following parties listed below on Tuesday, August 17, 2010.

/s/ Don Wyatt_____
Donald L. Wyatt. Jr.

**10-35732 Notice will be electronically mailed to:**

Christopher Adams on behalf of Creditor Committee Official Committee Of Unsecured Creditors
cadams@oakllp.com

David George Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

Elizabeth Banda on behalf of Creditor City of Ennis, Ennis ISD
kwilliams@pbfcm.com

Misti Lachelle Beanland on behalf of Creditor Guardian Building Products, Inc.
beanland@mssattorneys.com

D. Elaine Conway on behalf of Attorney Constellation NewEnergy, Inc.
econway@jw.com

Ronald E Gold on behalf of Creditor ClarkWestern Building Systems Inc.
rgold@fbtlaw.com, kgrubbs@fbtlaw.com

Mark E Golman on behalf of Creditor CertainTeed Ceilings Corporation

mark.golman@strasburger.com, dianna.mueller@strasburger.com

Tara L Grundemeier on behalf of Creditor Harris County, et al
houston_bankruptcy@publicans.com

John Douglas Herberger on behalf of Creditor John Herberger
john@herbergerlaw.com, sandie@herbergerlaw.com

Matthew Hoffman on behalf of Creditor Timberline Forest Products, LLC
mhecf@aol.com

Peter Johnson on behalf of Interested Party Alan Burns
pjlawecf@pjlaw.com, msawyer@pjlaw.com

Gerald James Landon on behalf of Creditor Chicago Flameproof and Wood Specialties Corp.
landon@streusandlandon.com, donna.bateman@klgates.com

Christine A March on behalf of U.S. Trustee US Trustee
christine.a.march@usdoj.gov

Daniel Jason McDonald on behalf of Creditor TIN Inc. d/b/a Temple-Inland
dannymcdonald@templeinland.com

Michelle Renee Moxley on behalf of Creditor Committee Official Committee Of Unsecured Creditors
rmoxley@oakllp.com

J Frasher Murphy on behalf of Creditor Comerica Bank
fmurphy@winstead.com

James Griffin Rea on behalf of Attorney PrimeSource Building Products, Inc.
jrea@mcslaw.com

Patrick Joseph Schurr on behalf of Creditor BAV, Inc.
patrick.schurr@solidcounsel.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Donald L Wyatt on behalf of Debtor ISC Building Materials, Inc.
don.wyatt@wyattpllc.com, shirley.stubbs@wyattpllc.com;paula.piano@wyattpllc.com

**10-35732 Notice will not be electronically mailed to:**

Lumbermens Merchandising Corporation
C/O John D. Herberger
11767 Katy Freeway, Suite 920
Houston, TX 77079

National Gypsum Company
Lockbox # 402920
6000 Feldwood Road
College Park, GA 30349

Clarkwestern Bldg Systems
Attn: Ronald E. Gold
201 E. Fifth St., Ste 2200
Cincinnati, OH 45202

Temple-Inland
Attn: Jason McDonald
1300 South Mopac Expressway
3rd. Floor
Austin, Texas 78746-6933

Cedar Creek Lumber Texas, Inc.
P.O. Box 843709
Dallas, TX 75284-3709

Dietrich Industries, Inc.
1613 Solutions Center
Chicago, IL 60677-1005

Timberline Forest Products
P.O. Box 1568
Sherwood, OR 97140

Certainteed Corp.
Attn: Mark E. Golman
901 Main Street, Suite 4400
Dallas, TX 75202-3794

Certainteed Ceilings Corp
Attn: Mark E. Golman
901 Main Street, Suite 4400
Dallas, TX 75202-3794

Chicago Metallic
Attn: G. James Landaon, Esq.
Streusand & Landon, LLP
811 Barton Springs Rd., Ste 811
Austin, Texas 78704

Tectum Inc
1912 Hollister
Houston, TX 77080

G-P Gypsum Corporation
P.O. Box 911343
Dallas, TX 75391

Primesource Building Products, Inc.
Attn: James G. Rea
2501 N. Harwood, Ste 1800
Dallas, TX 75201

Certainteed Gypsum
Attn: Mark E. Golman
901 Main Street, Suite 4400
Dallas, TX 75202-3794

Boise
PO Box 120001
Dept 0640
Dallas, TX 75312-0640

American Gypsum-Marketing Co
PO Box 676461
Dallas, TX 75267-6461

Quiet Solution, LLC
PO Box 504397
Saint Louis, MO 63150-4397

Dixie Plywood Company
P.O. Box 930440
Atlanta, GA 31193

The Buying Source
PO Box 890727
Charlotte, NC 28289-0727

Specialty Prods & Ins., Co.
Dept 0203
P.O. Box 12-0203
Dallas, TX 75312-0203

United States Trustee
Attention: Christine A. March
515 Rusk St., Suite 3516
Houston, Texas 77002

United States Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114

United States Internal Revenue Service
1919 Smith Mail Stop 6024
Houston, TX 77002

Jose Angel Moreno, US Attorney
Attention: Civil Clerk
P O Box 61129
Houston, TX 77208

Attorney General of the US
US Department of Justice
10th and Constitution
NW Room 5111
Washington, DC 20530

Lindsey F Baker on behalf of Creditor
ClarkWestern Building Systems Inc.
2200 PNC Center
201 East Fifth St
Cincinnati, OH 45202

City of Prosper
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan Street Ste 1600
Dallas, TX 75201

Dallas County
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Prosper ISD
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan Street Ste 1600
Dallas, TX 75201

c/o Elizabeth Weller Smith County
Linebarger Goggan Blair & Sampson llp
2323 Bryan Street Suite 1600
Dallas, TX 75201

Tarrant County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Ste. 1600
Dallas, TX 75201