UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 10-35732 |
| ISC Building Materials, Inc., | § | |
| | § | CHAPTER 11 |
| Debtor | § | |

## NOTICE OF "STALKING HORSE" DESIGNATION

**TO THE HONORABLE KAREN K BROWN, UNITED STATES BANKRUPCY JUDGE:**

COMES NOW, ISC BUILDING MATERIALS, INC., and respectfully files this Notice of "Stalking Horse" Designation, Pursuant to the Order Granting the Approval of Sales and Bidding Procedures (Doc. No. 290). The designated "Stalking Horse" is Eric Toth and David Maliska, as evidenced by the Asset Purchase Agreement attached hereto.

Dated: January 28, 2011.

Respectfully Submitted,

ISC Building Materials, Inc.

By its attorney
Wyatt Legal Services, PLLC

/s/ Don Wyatt
By: Donald L. Wyatt, Jr.
SBA No. 24039262
26418 Oak Ridge Drive
The Woodlands, Texas 77380
281-419-8733 Phone
281-419-8703 Fax
don.wyatt@wyattpllc.com