UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-35732 |
| ISC Building Materials, Inc., | § | |
| | § | CHAPTER 11 |
| Debtor | § | |

### DEBTOR'S NOTICE OF SETTLEMENT STATEMENT ON SALE OF LOT B ENNIS LUMBER YARD

COMES NOW, ISC Building Materials, Inc., (the "Debtor"), by and through its counsel, Wyatt Legal Services, PLLC, by Donald L. Wyatt, Jr., and pursuant to paragraph 5, page 9 of 11 of Document #290, hereby publishes the proposed settlement statement and disbursement schedule for a closing on Lot B, the Ennis Lumber Yard, scheduled for Monday, February 14, 2011 at 1:00.

Dated: February 11, 2011

Respectfully submitted,

**ISC Building Materials, Inc.,**
By its attorney
Wyatt Legal Services, PLLC

/s/ Don Wyatt_____
By: Donald L. Wyatt, Jr.
SBA No. 24039262
26418 Oakridge Drive
The Woodlands, Texas 77380
281-419-8733 Phone
281-419-8703 Fax
don.wyatt@wyattpllc.com