Closing Pursuant to Sale Order Entered 2-10-2011 at 10-35732 Doc# 337

*Settlement Statement: ISC Building Materials, Inc. to Eric Toth and David Maliska*
Date: 2/14/2011
Closing Agent: Attorney Donald L. Wyatt

|  | Buyer | Seller |
|---|---|---|
| Gross Purchase Price | $ (1,009,891.00) | $ 1,009,891.00 |
| Costs of Closing |  |  |
| Deposits in Escrow | $ 100,989.00 |  |
| Adjustment for unpaid Ad Valorem Taxes Personal Property 2010 |  | $ (33,612.00) |
| Adjustment for Lease Cure Payable to Triple B Holdings for RE Taxes 2010 |  | $ (31,581.85) ** |
| Adjustment for Lease Cure Payable to Triple B Holdings for RE Taxes 2011 |  | $ (3,638.93) |
| Pro Rated Ad Valorem Taxes 2011 on Personal Property (Buyer to assume 2011) | $ 3,872.85 | $ (3,872.85) |
| Investment Banking Fee Due to GulfStar Group, II, Ltd |  | $ (175,000.00) |
| Attorney Fees Payable to Winstead PC |  | $ (66,050.39) |
| Escrow Deposit for Inventory - A/R adjustment per APA |  | $ (150,000.00) |
| Payoff to Comerica Bank |  | $ (546,134.98) |
| Net Due (from)/to | $ (905,029.15) | $ - |

** to be disbursed to tax authorities

*Receipts and Disburement Schedule*

Funds Received
| From Deposit: | $ | 100,989.00 |
| From Buyer: | $ | 905,029.15 |
| Total Received: | $ | 1,006,018.15 |

Funds Disbursed
| City of Ennis | $ | 17,237.22 | through Wyatt IOLTA |
| Ennis ISD | $ | 38,194.69 | through Wyatt IOLTA |
| Ellis CAD | $ | 9,761.94 | through Wyatt IOLTA |
| Investment Banking Fee Due to GulfStar Group, II, Ltd | $ | 175,000.00 | direct wire |
| Attorney Fees Payable to Winstead PC | $ | 66,050.39 | direct wire |
| Triple B Holdings, Inc | $ | 3,638.93 | through Wyatt IOLTA |
| Payoff to Comerica Bank | $ | 546,134.98 | direct wire |
| Total Disbursments | $ | 856,018.15 | |

| Retained in Escrow | $ | 150,000.00 |

| Total Direct Wire | $ | 787,185.37 |
| Total Disbursed by Wire to Wyatt IOLTA | $ | 68,832.78 |

Any funds remaining in Escrow after adjustments due for variations in Inventory etc under contract to be disbursed to Comerica Bank.