IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ISC Building Materials, Inc. | ) | Case No. 10-35732 |
| A Texas Close Corporation, | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO AMEND BIDDING
AND SALES PROCEDURES
<u>REGARDING SALE OF DEBTOR'S DRYWALL ASSETS</u>
(DOC. NO._____)**

On this day came on to be heard the Debtor's Emergency Motion to Amend Bidding and Sales Procedures Regarding Sale of Debtor's Drywall Assets (Doc. No. \_\_\_). The Court, after considering the matter and the hearing arguments of counsel finds, that the Emergency Motion, should be **GRANTED**;

It is therefore **ORDERED, ADJUDGED AND DECREED** that Debtor's Emergency Motion to Amend Bidding and Sales Procedures Regarding Sale of Debtor's Drywall Assets in conjunction with the upcoming February 17, 2011 auction of the Drywall Assets is **GRANTED**;

It is further **ORDERED** that, to the extent that the Drywall Bidding Procedures conflict with the terms of the Stalking Horse APA as reflected on Exhibit "A", the terms stated in the Stalking Horse APA will control the procedures

SIGNED this _____ day of _____, 2011.

_____
**THE HONORABLE JUDGE KAREN BROWN**