UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-35732 |
| ISC Building Materials, Inc., | § | |
| | § | CHAPTER 11 |
| Debtor | § | |

### DEBTOR'S NOTICE OF SALE OF DRYWALL DIVISION

COMES NOW, ISC Building Materials, Inc., (the "Debtor"), by and through its counsel, Wyatt Legal Services, PLLC, by Donald L. Wyatt, Jr., and pursuant to the Debtor's Confirmed Plan of Reorganization (Doc#343, Confirmed at Doc#357), hereby announces that ISC Acquisition Corp, was declared the winner of the Sale Process under the Plan. There was no Family Reorganization Alternative proposed.  There was no auction as the only other qualified Bidder other than the Stalking Horse withdrew its interest in bidding prior to auction.  The resulting APA is attached hereto without exhibits.  Parties entitled to notice and interested parties may request copies of the exhibits at length though counsel below.

Dated: March 11, 2011

Respectfully submitted,

**ISC Building Materials, Inc.,**
By its attorney
Wyatt Legal Services, PLLC

/s/ Don Wyatt_____
By: Donald L. Wyatt, Jr.
SBA No. 24039262
26418 Oakridge Drive
The Woodlands, Texas 77380
281-419-8733 Phone
281-419-8703 Fax
don.wyatt@wyattpllc.com